# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **WILLIAM DARRELL PETREY,** *Plaintiff,* v. **DAVID MILENDER,** *Defendant.* | Case No.: 1:25-cv-431 Judge Matthew W. McFarland |

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.4(a), please take notice that Attorney J. Andrew Fraser (0097129) of the law firm of Isaac Wiles Burkholder & Miller, LLC hereby enters his appearance and substitutes as counsel for Defendant in place of Gareth A. Whaley who is no longer with the firm. Jeffrey A. Stankunas will continue to serve as lead counsel of record for Defendant. The undersigned requests service of all motions, applications, notices, orders, and other filings in this case.

Respectfully submitted,

*/s/ J. Andrew Fraser*
Jeffrey A. Stankunas (0072438)
J. Andrew Fraser (0097129)
ISAAC WILES BURKHOLDER & MILLER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Tel: (614) 221-2121 / Fax: (614) 365-9516
jstankunas@isaacwiles.com
afraser@isaacwiles.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on July 23, 2025, a true copy of the foregoing was filed electronically. Notice of this filing will be sent to the following party via electronic mail:

William Darrell Petrey
darrell@wehelpothers.com
5541 State Route 350
Clarksville, Ohio 45113
*Plaintiff, pro se*

                */s/ J. Andrew Fraser*
                J. Andrew Fraser (0097129)